UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 22-cv-23656-BB

JESUS GONZALEZ

    Plaintiff,
v.

GARDEN PARTNERS, LLC.,
d/b/a Peacock Garden Café.

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff, JESUS GONZALEZ, by and through the undersigned counsel, and pursuant to Rule 41(a), Fed. R. Civ. P., hereby gives notice that he voluntarily dismisses this action, with prejudice against, Defendant, GARDEN PARTNERS, LLC., d/b/a Peacock Garden Café, and respectfully requests this Court to terminate the action.

Respectfully submitted this February 17, 2023.

By: */s/ J. Courtney Cunningham*
J. Courtney Cunningham, Esq.
Florida Bar No.: 628166
J. COURTNEY CUNNINGHAM, PLLC
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
T:  305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

*Counsel for Plaintiff*

**Gonzalez v. Garden Partners, et al**
Case No.: 22-cv-23656-BB

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 17, 2023, an electronic copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties and Counsel of record.

By: */s/ J. Courtney Cunningham*
J. Courtney Cunningham, Esq.
Florida Bar No.: 628166
J. COURTNEY CUNNINGHAM, PLLC
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
T: 305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

*Counsel for Plaintiff*